EXHIBIT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**POSTED PURSUANT TO A CONSENT DECREE**

This Notice is being posted pursuant to a federal court order voluntarily resolving a lawsuit brought by the United States Equal Employment Opportunity Commission (EEOC) against Fastenal Corporation.  In that lawsuit, called *EEOC v. Fastenal Company*, Civil Action No. 1:18-cv-01753, the EEOC alleged that Fastenal violated the Equal Pay Act (EPA) and Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §2000e, *et seq*.  Fastenal denies the allegations made in the lawsuit.

Discrimination because of sex includes paying an employee different wages based on his or her sex.  The EPA requires that men and women in the same workplace be given equal pay for equal work.  The jobs need not be identical, but they must be substantially equal.

Title VII prohibits discrimination against employees and applicants on the basis of sex.  Title VII also prohibits an employer from retaliating, coercing, intimidating, threatening, or interfering with any individual in the exercise or enjoyment of any right granted and protected by Title VII.  Fastenal will comply with such federal laws in all respects.

The EEOC is a federal agency which investigates charges of unlawful employment discrimination and brings lawsuits in federal court to enforce the EPA and Title VII. An employee has the right to report allegations of employment discrimination to the EEOC.  An employee may contact their local EEOC field office for the purpose of filing a charge of employment discrimination.  To locate the nearest field office, contact:

U.S. Equal Employment Opportunity Commission
Philadelphia District Office
801 Market Street, Suite 1300
Philadelphia, PA  19107-3127
TEL: 215-440-2601
800-669-4000
PDOContact@eeoc.gov
 www.eeoc.gov

This Notice must remain posted for at least two (2) years from the date below and must not be altered, defaced, or covered by any other material.

Dated: _____  _____
Thomas Ledgerwood, Regional Vice President
Fastenal Company