# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | CIVIL ACTION NO. 1:18-CV-1753 |
| **Plaintiff** | (Chief Judge Conner) |
| v. | |
| **FASTENAL COMPANY,** | |
| **Defendant** | |

## ORDER

AND NOW, this 15th day of April, 2019, upon consideration of the parties' consent decree (Doc. 31) filed on April 12, 2019, and upon review of same, it is hereby ORDERED that the consent decree (Doc. 31) is APPROVED, ADOPTED, and ENTERED as an order of this court. The Clerk of Court is directed to mark this matter CLOSED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania